IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2012 AUG 21 AM 9: 41

BY:_____

| | | |
|---|---|---|
| PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. CM #900-11 |
| | ) | |
| vs. | ) | **DECISION AND ORDER** |
| | ) | **(Motion To Reconsider)** |
| BERNARD DAVID EDWARD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant filed this Motion to Reconsider the Court's denial of Motion to Suppress. On June 6, 2012, the Court denied Defendant's motion without hearing, along with numerous other motions to suppress filed in other unrelated DWIC cases. Having reviewed Defendant's Motion for Reconsideration, and the People's opposition, the Court finds that the basis for the Court's denial of suppression was inadvertently based on legal arguments used in the unrelated DWIC cases, but not relevant to this instant matter. The People agree that and evidentiary hearing is appropriate. GRCP 60(b).

The Court **GRANTS** the Motion for Reconsideration, and without further hearing VACATES its ruling and decision of June 6, 2012.

This motion will be calendared by reassignment. Criminal Trial Setting is scheduled for SEP 2 0 2012 @ 9am.

AUG 2 1 2012

**SO ORDERED** : _____.

_____
**HONORABLE ELIZABETH BARRETT- ANDERSON**
Senior Judge Pro Tempore, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

AUG 2 1 2012

_____
Enric J. Mendiola
Deputy Clerk, Superior Court of Guam

1